LAW OFFICES

# MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

190 WILLIS AVENUE, MINEOLA, NY 11501

TELEPHONE: (516) 747-0300
FACSIMILE: (516) 747-0653
INTERNET: www.meltzerlippe.com

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ AUG 26 2011 ★

August 22, 2011

LONG ISLAND OFFICE

**Via ECF**
Judge Arthur D. Spatt
United States District Court
Eastern District of New York
Alfonse M. D'Amato U.S. Courthouse
Courtroom 1020
Central Islip, New York 11722

    Re:    Promote Innovation, LLC v. Leviton Manufacturing Co., Inc.
             <u>Case No.: CV 11-1301 (ADS)(AKT)</u>

Dear Judge Spatt:

    We are local counsel for the defendant Leviton Manufacturing Co., Inc. ("Leviton") in the above-referenced matter. Leviton has a motion to dismiss Plaintiff's amended complaint pending before your Honor. Upon behalf of all parties, this is to advise that the parties have reached a settlement in principle to resolve this matter. Documents memorializing the settlement are in the process of being prepared.

                                     Respectfully submitted,

                                       Thomas J. McGowan

cc:    Zachariah Harrington, Esq.
       *Counsel for Plaintiff*
       (Via Email)

       James Hosmer, Esq.
       *National Counsel for Leviton*
       (Via Email)

*[Handwritten note:]* Case Closed subject to the filing of a Stipulation of Settlement ... the terms of the settlement.

*[Signed:]* Arthur D. Spatt, U.S.D.J.   8/26/11

**ML Meltzer Lippe**
*Long Island's Business Law Firm*

CELEBRATING **40** YEARS
1970 - 2010

551634-1